```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                              )   CASE NO: 08-45687-659
                                    )
ANTONY L ROULHAC                    )
                                    )   CHAPTER 13
HEATHER A ROULHAC                   )
                                    )
                DEBTOR(S)           )


                LIST OF UNCLAIMED FUNDS AND ENTITIES
                    WHICH ARE ENTITLED TO PAYMENT

     COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


US BANK
887 W MARIETTA ST                   $              30.93
C/O VANDENBERG CHASE & ASSOC
ATLANTA GA
158855            30318


                                    /s/ John V. LaBarge, Jr.
                                    -----------------------------------
DATE: September 30, 2010            JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
BG -091                             (314) 781-8100   trust33@ch13stl.com
```